UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUL 07 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CRAIG SMITH, :
Plaintiff :
:
v. : C.A. No. 04-479 ML
:
STARWOOD WASSERMAN, LLC :
a/k/a KINSLEY HARRIS, LLC :
and RICHARD WASSERMAN, :
Defendants :

**STIPULATION OF DISMISSAL**

The parties hereby stipulate and agree that the above-captioned action may be dismissed with prejudice.

STARWOOD WASSERMAN, LLC
a/k/a KINSLEY HARRIS, LLC and
RICHARD WASSERMAN,

By their Attorneys,

John D. Doran, #6415
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
401-274-9200
888-325-9080 (Telecopy)

CRAIG M. SMITH,

By his Attorneys,

Louise A. Herman #6430
100 Midway Place, Suite 1
Cranston, RI 02920
401-944-9690
401-943-9040 (Telecopy)

Enter:
Mary M. Lisi
USDJ 7/7/05

PRV_741244_1/JDORAN